UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-22-SPC-NPM

MAIDA FERREIRO FLORES

## **FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 70). Now that Defendant has been adjudicated guilty and sentenced by the District Court, the Government seeks a final order forfeiting her interest in **$19,800 in U.S. currency**, seized from Defendant on or about December 20, 2020, which was subject to a Preliminary Order Of Forfeiture as part of the Amended Judgment entered on June 6, 2023. (Doc. 103).

Although the Government gave proper notice, no third parties have petitioned for or claimed an interest in the **$19,800**, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the **$19,800** to the Government.

Accordingly, it is

**ORDERED**:

The United States' Motion for Final Order of Forfeiture (Doc. 114) is **GRANTED**.

1. Defendant's interest in the **$19,800 in U.S. currency**, seized from Defendant on or about December 20, 2020, is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on August 16, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record