UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:20-cr-22-SPC-NPM

MAIDA FERREIRO FLORES
                                                          /

**ORDER**

Before the Court are Defendant Maida Flores' Motion for Sentencing Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and Part B of the 2023 Criminal History Amendment (Doc. 124), the Probation Office's Memorandum (Doc. 125), and the United States' responses in support of Defendant's motion (Doc. 127). Defendant is serving a fourteen-month sentence for wire fraud related offenses. But she argues that she is entitled to a ten-month sentence reduction because she is a "zero-point" offender who satisfies all the criteria of U.S.S.G. § 4C1.1(a) for retroactive application of Amendment 821. Neither the Probation Office nor federal prosecutor disagree with Defendant's eligibility and reduction request.

Because Probation's memorandum, Defendant's unopposed motion, the USSG applicable policy statements, and the 18 U.S.C. § 3553(a) factors all weigh for a reduction, the Court will grant the motion. It thus will grant the two-level downward adjustment and will apply the same six-level downward § 5K1.1 departure previously given. Defendant's new guidelines range is four to

ten months of imprisonment. And based on the record and applicable law, the Court finds that a sentence of four months' imprisonment is sufficient, but not greater than necessary, to comply with the statutory purposes of sentencing.

Accordingly, it is

**ORDERED**:

1. Defendant Maida Flores' Motion for Sentencing Reduction (Doc. 124) is **GRANTED.**

2. Defendant's sentence is reduced to four months of imprisonment or time served. This Order is effective **July 1, 2024**.

**DONE and ORDERED** in Fort Myers, Florida on June 17, 2024.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All parties of record