UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No.:    2:20-cr-22-SPC-NPM

MAIDA FERREIRO FLORES

_____

## **ORDER**

Before the Court is Defendant Maida Ferreiro Flores' Unopposed Motion to Early Terminate Supervision. (Doc. 129). The United States does not oppose the motion. For the following reasons, the motion is granted.

Defendant was charged with several offenses related to wire fraud. In late 2023, the Court sentenced Defendant to 14 months' imprisonment and three years of supervised release on Counts 4–6 and 25, and one year of supervised release on Count 18, all counts concurrent. (Doc. 118). Almost one year later, the Court reduced Defendant's period of incarceration to four months' imprisonment or time served. (Doc. 128).

Defendant has successfully completed her term of supervised release on Count 18 and is beyond the halfway point of her supervision on the remaining counts. She has complied with all conditions of supervision, and the Government does not object to the request to terminate supervision early.

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,]

> (1) terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court will end Defendant's term of supervised release early. Defendant has served approximately half of her sentence of supervised release. The Government does not object to terminating her term of supervised release early. The Court thus finds that early termination of Defendant's supervised release, effective February 26, 2026, is in the best interests of justice, Defendant, and the public.

Accordingly, it is **ORDERED**:

Defendant Maida Ferreiro Flores' Unopposed Motion to Early Terminate Supervision (Doc. 129) is **GRANTED**. Defendant's term of supervised release shall terminate on **February 26, 2026**.

**DONE** and **ORDERED** in Fort Myers, Florida on February 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2